John T. Devlin, OSB No. 042690
john@johndevlinlaw.com
Devlin Law, P.C.
1212 SE Spokane Street
Portland, OR 97202
Telephone: (503) 228-3015
Facsimile: (503) 660-4079

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ROBERT SMITH,<br><br>                          Plaintiff,<br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; CLACKAMAS COUNTY, an Oregon county; DANIELLE RIST, an individual; CARLA KELLY, an individual; NADIA PETROV, an individual; and ALEX SALAZAR, M.D., an individual,<br><br>                          Defendants. | Civil Action No. 3:18-cv-00843-BR<br><br>**ORDER OF DISMISSAL AS TO CLACKAMAS COUNTY, DANIELLE RIST, CARLA KELLY, NADIA PETROV, AND ALEX SALAZAR, M.D.** |

Based on the stipulation of the parties, all claims against defendants Clackamas County, Danielle Rist, Carla Kelly, Nadia Petrov, and Alex Salazar, M.D. are hereby

Page 1 – **ORDER OF DISMISSAL AS TO CLACKAMAS COUNTY, DANIELLE RIST, CARLA KELLY, NADIA PETROV, AND ALEX SALAZAR, M.D.**

ORDERED to be DISMISSED with prejudice and without attorney fees or costs to any party.

DATED this 29th day of July, 2019.

_____
The Honorable Anna J. Brown

SUBMITTED BY:
John T. Devlin, OSB No. 042690
Email: john@johndevlinlaw.com
Of Attorneys for Plaintiff

Page 2 – **ORDER OF DISMISSAL AS TO CLACKAMAS COUNTY, DANIELLE RIST, CARLA KELLY, NADIA PETROV, AND ALEX SALAZAR, M.D.**